**EXHIBIT A**

**FDNY/EMS REPORT**

# Prehospital Care Report Summary

FDNY

9 MetroTech Center; 7th Floor; Brooklyn, NY 11201

**Date:**09/18/2025 **Call #:**0821 **Booklet:**91669102 **Branch:** STA16 **Time Zone:**GMT-05:00 Eastern

## Call Information:

**Billing Disposition:** Refused All (10-93)
**Unit Disposition:** Patient Contact Made
**Patient Evaluation/Care Disposition:** 10-93 | Refused Medical Aid
**Crew Disposition:** 10-93 | Refused Medical Aid
**Transport Disposition:** 10-93 | Refused Medical Aid
**Reason for Refusal/Release:** Against Medical Advice
**Initial Patient Acuity:** Stable
**Acuity Upon EMS Release of Care:** Lower Acuity (Green)
**Unit #:** 76Z3 - 76Z Tour 3 Spare, Ground-Ambulance - ALS1 **Trip Type:** Initial Trip
**Run Type to Scene:** Emergency Response (Primary Response Area) Emergent (Immediate Response)

**Service Requested:** Emergency Response (Primary Response Area)
**Incident Facility:**
**Incident Location:** 1470 AMSTERDAM AVE ##17B - Manhattan, NY 10027 (New York County)
**Incident Location Type:** Home/Residence

**Receiving Facility:** N/A -
**Facility Address:**
**Registration #** N/A
**Destination Type:** N/A
**Dest. Reason:** N/A

<u>**Online Medical Control**</u>
**Authorization Type:** On-Line
**Physician:** 80267 Hew, Philip

**Loaded Mileage:** N/A
**Crew Members:** John Muniz #4541, EMT Paramedic*(DOC)*; Nicole Marmolejos #4706, EMT Paramedic*(DS)(DH)*

**Moved to Amb By:** **Transport Position:** **From Amb By:**
**Factors Affecting Service Delivery:**
**Dispatch Delay:** None/No Delay
**Response Delay:** None/No Delay
**Scene Delay:** None/No Delay
**Transport Delay:** None/No Delay
**Turn-Around Delay:** None/No Delay
**Emergency Treat, Triage, and Transport:**
**Does this patient meet Treat in Place or Alternate Destination criteria?** Unknown

**Call Origin:** N/A **Lights/Siren:** Scene - Lights and Sirens,

| **# Patients Transported In My Unit:** | N/A |
|---|---|
| **# Patients at Scene:** | 1 |
| **Call Received:** | 05:40:56 |
| **Dispatched:** | 05:41:52 |
| **En Route:** | 05:42:09 |
| **At Staging Area:** | |
| **On Scene:** | 05:53:03 |
| **Patient Contact:** | 05:54:03 |
| **Transfer of EMS Patient Care:** | |
| **Left Scene:** | 07:03:01 |
| **At Destination Landing:** | |
| **At Destination:** | |
| **Destination Patient Transfer of Care:** | |
| **In Service:** | 07:03:01 |
| **Home Location:** | |
| **Time On Scene:** | 70 Min |
| **Time to Destination:** | N/A Min |
| **Total Time of Run:** | 81 Min |

## Patient Information:

**Name:** Gilbert Ortiz
**Address:** 1470 AMSTERDAM AVE ##17B - Manhattan, NY 10027
**County:** New York
**Patient Country:** UNITED STATES
**Phone:**
**Email:**
**SSN:** --
**Driver License:**

**DOB:** 02/04/1971
**Sex:** Male
**Gender:** Male
**Age:** 54 Years
**Weight:** 300.0 lbs, 136.1 kg
**Broselow:**

**Current Meds:**
TRAZODONE HCL
**Comments:**
**Env Allergies:** No Known Allergies
**Comments:**
**Med Allergies:** No Known Drug Allergies
**Comments:**
**Patient Physician:**
**Advance Directives:**
**Recent Exposure to Infectious Disease:** Unknown


This is a certified true copy of an original New York City Fire Dept. record kept in the normal course of business.

**Recent Travel:** Unknown
**PMH:** Other
**Comment:** **Other:** anxiety
**Patient Physical Limitations:**
**Comment:**

## Payer Information:

**Work Related:** No

## Clinical:

**Onset Date/Time:** 09/18/25 05:00:00
**Dispatch Reason (EMD):** CARD CARD - Cardiac Condition
**Medical Need:**

**Chief Complaint (Primary):** I feel anxious and I have chest pain **Duration:** 2 Hours
**Anatomic Location:** General/Global
**Provider Impression:** Anxiety, Chest Pain (Cardiac)
**Was this event weather related?:** No
**Mechanism of Injury:**
**Alcohol/Drug Use Indicators:** None Reported
**Protocol 1:** **Protocol 2:**

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| 05:54:03 | Muniz #4541, John | ABC | **Airway:**<br>**General:** Patent: Yes<br>**Breathing:**<br>**Rate:** Normal: Yes<br>**Quality:** Unlabored: Yes<br>**Lung Sounds: Left:** Clear: Yes<br>**Lung Sounds: Right:** Clear: Yes<br>**Circulation:**<br>**General:** Normal: Yes<br>**Skin Capillary Refill:** Normal<br>**Skin Color:** Normal: Yes<br>**Skin Temperature:** Normal: Yes<br>**Skin Condition:** Normal: Yes |
| 05:54:03 | Muniz #4541, John | Head To Toe | **Head and Neck:**<br>**Head:** Normal: Yes<br>**Left Eye:** PERRL: Yes<br>**Right Eye:** PERRL: Yes<br>**Neck:** Normal: Yes<br>**Chest and Back**<br>**Cervical:** Normal: Yes<br>**Thoracic:** Normal: Yes<br>**Lumbar/Sacral:** Normal: Yes<br>**Abdomen and Pelvis**<br>**LUQ Abdomen:** Normal: Yes<br>**RUQ Abdomen:** Normal: Yes<br>**LLQ Abdomen:** Normal: Yes<br>**RLQ Abdomen:** Normal: Yes<br>**Pelvis:** Normal: Yes<br>**GI:** Normal: Yes<br>**Arms and Legs**<br>**Left Arm:** Normal: Yes<br>**Right Arm:** Normal: Yes<br>**Left Leg:** Normal: Yes<br>**Right Leg:** Normal: Yes |
| 05:54:03 | Muniz #4541, John | Neurological | **AVPU:** Alert<br>**Mental Status:** Normal: Yes |


This is a certified true copy of an original New York City Fire Dept. record kept in the normal course of business.

**Neurological:** All Neuro: Normal

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 06:02:25 | Muniz #4541, John | **BP:** 200/ 123 **MAP:** 149 **Pulse:** 113 **Resp:** 20 **Effort:** Normal **SPO2:** 95<br>**Method of Blood Pressure Measurement:** Cuff - Automated<br>**Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:17:27 | Muniz #4541, John | **Pulse:** 107 **SPO2:** 95<br>**Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:22:27 | Muniz #4541, John | **Pulse:** 102 **SPO2:** 95<br>**Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:27:00 | Muniz #4541, John | **BP:** 190/ 98 **MAP:** 129 **Pulse:** 104 **Resp:** 22 **Effort:** Rapid **SPO2:** 98<br>**Method of Blood Pressure Measurement:** Cuff - Manual Auscultated<br>**Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:27:28 | Muniz #4541, John | **Pulse:** 98 **SPO2:** 96<br>**Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:32:28 | Muniz #4541, John | **Pulse:** 98 **Resp:** 18 **Effort:** Normal **SPO2:** 94<br>**Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:45:03 | Muniz #4541, John | **BP:** 214/ 124 **MAP:** 154 **Pulse:** 94 **Resp:** 18 **Effort:** Normal **SPO2:** 96<br>**Method of Blood Pressure Measurement:** Cuff - Automated<br>**Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |

## Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 05:54:03 | Muniz #4541, John | **Treatment- 1 - ALS Assessment**<br>**Attempts:** 1 **Success:** Yes<br>**Response:** Unchanged **Complication:** None **Authorization Type:** Protocol<br>**Level:** ALS |
| 06:04:06 | Muniz #4541, John | **Treatment- EKG - 3 Lead**<br>**Attempts:** 1 **Success:** Yes<br>**Response:** Unchanged **Complication:** None **Authorization Type:** Protocol **Rhythm:** Sinus Tachycardia **Type:** 12 Lead-Left Sided (Normal) **Method:** Manual Interpretation by EMS Professional<br>**Level:** ALS1 |
| 06:06:36 | Muniz #4541, John | **Treatment- EKG - 12 Lead**<br>**Attempts:** 1 **Success:** Yes<br>**Response:** Unchanged **Complication:** None **Authorization Type:** Protocol **Stemi Assessment - Lead I:** Normal **Lead II:** Normal **Lead III:** Normal **aVR:** Normal **aVL:** Normal **aVF:** Normal **V1:** Normal **V2:** Normal **V3:** Normal **V4:** Normal **V5:** Normal **V6:** Normal **Rhythm:** Sinus Tachycardia **Type:** 12 Lead-Left Sided (Normal) **Method:** Manual Interpretation by EMS Professional<br>**STEMI Occurred:** No<br>**Level:** ALS1 |

## Supply

**Qty Supply**

**ECG Device Incident Number:**

## PowerFields:

| PowerField | Value |
|---|---|
| **CC / PI / MOI - Provider Impression - Primary Impression - Did call type match presenting problem?** | No |

**Narrative History Text:**

alert&ambulatory 54yom was found on scene sitting upright on his couch with PD showing us to the patient. PD officer states that they were attempting to raid a different apartment for a warrant but accidentally raided his. pt states that he had chest pain that subsided prior to our arrival along with feeling very anxious and stressed. pt denies any nausea/ vomiting and or any radiating pain. pt denies any known cardiac hx and or a hx of HTN, denies taking any cardiac medications and or aspirin. pt has pain to his left shoulder that occurred after they put him in handcuffs. pt denies any other pain/ discomfort.
assessment revealed: PERL, -sob, adequate respiration, clear equal bilat lung soundsx10, strong regular rapid pulses, ctc warm dry normal, BP is elevated and hypertensive, HR is tachy and SPO2 is 94-98 on room air, no visible trauma noted to the pt. 3 and 12 lead performed, no elevations or depressions noted on the 12 lead. sinus tach was noted on both the 3 and 12 with no abnormal ectopi.
pt states that he has no interest in going to the hospital despite PD offering to remain outside of his apartment and watch it due to the door frame being broken after they made entry, pt states that he does not trust them and wishes to remain home so that no one can come in to rob his apartment. crew explained to the pt that his BP is very high and that it is a health concern, pt still refused. we called telemetry to RMA the pt due to high index. telemetry Dr. #80267 approved RMA and pt remained at home.
10-93 was documented accordingly.

**Auth Signature:** Yes **Privacy Sig:** No **Unable to Sign:** No **Refused to Sign:** No

## Signature Image(s):

Authorization Signature - Gilbert Ortiz - 09/18/2025 06:44

PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM: I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary. I hereby authorize, for myself or my dependent(s), now and the future, the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.

Privacy Notice Signature

Receiving Agent / RN / MD Signature

Technician Signature - Muniz #4541, John EMT Paramedic - 09/18/2025 06:25

I Refuse Treatment/Transportation Signature - Gilbert Ortiz - 09/18/2025 06:44

RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA): I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.

Transport/ treatment

**Agency Definable Field 1:** N/A **Agency Definable Field 2:** N/A

**General Comments:** N/A


This is a certified true copy of an original New York City Fire Dept. record kept in the normal course of business.