**EXHIBIT B**

**SEARCH WARRANT**

N0958-2025

## SEARCH WARRANT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER OF THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Detective Joseph Cope, Shield # 626, of the Force Investigation Division of the New York City Police Department that there is reasonable cause to believe that certain property, to wit:

a. Any and all ammunition, live or spent, cartridges, bullets and other items capable of being discharged from any type of firearm;

b. Any and all containers, including safes, in which a firearm of any type could be placed or packaged;

c. Any and all containers or boxes in which ammunition could be placed or packaged;

d. Any and all firearm accessories, including ammunition magazines, spare parts, holsters, cleaning kits, silencers, or boxes in which manufacturers package such items;

e. Any and all permits associated with firearms, including, but not limited to carry permits, target permits, or similar permits;

f. Any and all receipts, invoices, or documentation relating to the purchase or sale of firearms, ammunition, and/or firearm accessories;

g. The following items of clothing:

   a. A black baseball cap with a white "alo" logo on the front;

   b. A black t-shirt

   c. A black zippered sweatshirt with a large white logo on the left chest;

   d. Black sneakers with blue and grey accents;

   e. Black pants with a white line on the side of the pantleg;

   f. And a dark colored backpack with a silver zipper at the top;

h. any and all cellular telephones, cameras, video-recorders, video game consoles, and other electronic devices and/or equipment capable of storing data, information and images, and their components and accessories, including, but not limited to, wires, cords, monitors, software, hard drives and chargers;

i. any and all books, manuals, guides or other documents containing information about the operation and ownership of a computer, cellular telephone, camera, video recorder, video game console or other electronic storage device present in the target location, including, but not limited to, computer, cellular telephone and software user manuals;

j. evidence of ownership and use of the target premises, or the use of property located therein by any person, including but not limited to keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises or other documents bearing the address of the target premises, identification bearing the name or photograph of any person, telephone-books, address books, date books, calendars, personal papers, driver's licenses, vehicle registration, vehicle insurance documents, vehicle repair documents, tooth and hair brushes, videotapes and photographs of persons, fingerprints, handprints, footprints, shoe impressions, hairs and fibers, swabs and/or samples of DNA and other forensic and trace evidence;

may be found in 1470 Amsterdam Avenue, 17B, NY, NY 10027 ("the target premises"); and on the person of Amir Stukes/male Black approximately 5'9", 160 lbs with neck tattoo of WP/Loyalty in a weblike design, if present therein; and that the above described property is unlawfully possessed; has been used or is possessed for purpose of being used to commit or conceal the commission of the crime(s) of Attempted Murder in the Second Degree (PL 110/125.25(1)), Criminal Possession of a Weapon in the Second Degree (PL 265.03(1)(b)), and Criminal Possession of a Weapon in the Second Degree (PL 265.03(3)); and constitutes evidence, tends to demonstrate that said crime(s) were committed and that a particular person participated in the commission of said crime(s); and that there are grounds for entry without giving prior notice of authority and purpose; and that there are grounds for entry at any time of the day or night;

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m. or at any time of the day or night, to enter without giving notice of authority and purpose, and to search the target premises, and the person Amir Stukes/male Black approximately 5'9", 160 lbs with neck tattoo of WP/Loyalty in a weblike design, if present therein, for the above described property, and if you find such property or any part thereof to bring it before the Court without unnecessary delay.

Further, this Court authorizes law enforcement personnel to videotape and photograph the interior of the target premises; to process the target premises for fingerprints; to analyze, test, and in any way scientifically process the target premises and all items seized.

IT IS FURTHER ORDERED that the affidavit and any transcript of any accompanying sworn testimony in support of the application for this warrant is sealed, except that a copy of any such sworn testimony may be obtained by an assistant district attorney in the New York County District Attorney's Office and the affidavit and/or any such sworn testimony may be disclosed by an assistant district attorney in the New York County District Attorney's Office in the course of the lawful discharge of his or her duties pursuant to a criminal investigation and/or prosecution, or upon written order of the Court.

This warrant must be executed within 10 days of the date of issuance.

Justice of the Supreme Court

HON. JONATHAN SVETKEY

Dated: New York, New York

9.17.25

439 pm

PART 1 SEP 17 2025