**EXHIBIT C**

**NYCHA RECORD**

T-1

# NEW YORK CITY HOUSING AUTHORITY
## LEASED HOUSING DEPARTMENT

## NOTICE OF TERMINATION OF SECTION 8 SUBSIDY

Gilbert Jr Ortiz
1470 Amsterdam Avenue Apt 17B
New York, NY 10027

08/24/2025

**A.** Voucher # 13251780

**B.** The New York City Housing Authority intends to terminate your Section 8 rent subsidy for the reason(s) checked below:

**1.** You have violated your family obligation(s) under Section 8 Existing Housing because:

**a.** ☐ You did not permit your unit to be inspected on and after reasonable notice.

**b.** ☑ You have not supplied or properly completed the following documents or information needed to process your annual or interim income recertification for NYCHA to administer the Section 8 program:

| **Document/Form**<br>**Refer to the List of Supporting Documents for Assistance** | **Household Member(s)** |
|---|---|
| **1.** ☑ Affidavit of Income | Gilbert Jr Ortiz |
| **2.** ☐ Proof of Income - Government Programs/Fixed Income (examples include: Veterans Benefits, Pension Award Letter, etc.) | |
| **3.** ☐ Proof of Income - Employment (examples include: Pay Stubs (at least 2 current consecutive pay stubs), Employment (Wages) Workers Compensation, Unemployment, Seasonal Wages, Independent Contractor Wages, Day Laborer Wages) | |
| **4.** ☐ Proof of Income - Self-Employment (examples include: Transcript of Tax Return, Schedule C, Certificate of Net Worth and Income from Operation of Business) | |