**EXHIBIT E**

**BLOOD PRESSURE RECORDS**

# ORTIZ BLOOD PRESSURE READINGS

**EMS Thurs. 9/18:**
6:02 AM: 200/123
6:27 A.M.: 190/98
6:45 A.M.: 214/124

**BRONX HEALTH CENTER Mon. 9/22**
214/175 (shortly after arrival at 11:36 AM)
240/130 (five minutes later)

**MT. SINAI MORNINGSIDE Mon. 9/22:**
2:20 PM: 178/129
7:50 PM: 189/104

The Standards of the American College of Cardiology and the American Heart Association, (attached) reflect that if the 1st number is above 180 and/or the 2nd number is above 120, the patient is in a life-threatening "Hypertensive Crisis (Urgency or Emergency)."

The 1st number, "Systolic blood pressure," measures the pressure the blood is pulsing against the artery walls when the heart beats.

The 2nd number, "Diastolic blood pressure," measures the pressure the blood is pulsing against the artery walls while the heart muscle rests between beats.

In individuals over age 50 the 1st number ("Systolic blood pressure") is the most important indicator of risk of heart disease.

**Neurological:** All Neuro: Normal

**Vitals:**

| Time | Employee | Summary |
|---|---|---|
| 06:02:25 | Muniz #4541, John | **BP:** 200/ 123 **MAP:** 149 **Pulse:** 113 **Resp:** 20 **Effort:** Normal **SPO2:** 95 **Method of Blood Pressure Measurement:** Cuff - Automated **Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:17:27 | Muniz #4541, John | **Pulse:** 107 **SPO2:** 95 **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:22:27 | Muniz #4541, John | **Pulse:** 102 **SPO2:** 95 **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:27:00 | Muniz #4541, John | **BP:** 190/ 98 **MAP:** 129 **Pulse:** 104 **Resp:** 22 **Effort:** Rapid **SPO2:** 98 **Method of Blood Pressure Measurement:** Cuff - Manual Auscultated **Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:27:28 | Muniz #4541, John | **Pulse:** 98 **SPO2:** 96 **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:32:28 | Muniz #4541, John | **Pulse:** 98 **Resp:** 18 **Effort:** Normal **SPO2:** 94 **Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 06:45:03 | Muniz #4541, John | **BP:** 214/ 124 **MAP:** 154 **Pulse:** 94 **Resp:** 18 **Effort:** Normal **SPO2:** 96 **Method of Blood Pressure Measurement:** Cuff - Automated **Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |

**Treatments/Medications:**

| Time | Employee | Summary |
|---|---|---|
| 05:54:03 | Muniz #4541, John | Treatment- 1 - ALS Assessment **Attempts:** 1 **Success:** Yes **Response:** Unchanged **Complication:** None **Authorization Type:** Protocol **Level:** ALS |
| 06:04:06 | Muniz #4541, John | Treatment- EKG - 3 Lead **Attempts:** 1 **Success:** Yes **Response:** Unchanged **Complication:** None **Authorization Type:** Protocol **Rhythm:** Sinus Tachycardia **Type:** 12 Lead-Left Sided (Normal) **Method:** Manual Interpretation by EMS Professional **Level:** ALS1 |
| 06:06:36 | Muniz #4541, John | Treatment- EKG - 12 Lead **Attempts:** 1 **Success:** Yes **Response:** Unchanged **Complication:** None **Authorization Type:** Protocol **Stemi Assessment - Lead I:** Normal **Lead II:** Normal **Lead III:** Normal **aVR:** Normal **aVL:** Normal **aVF:** Normal **V1:** Normal **V2:** Normal **V3:** Normal **V4:** Normal **V5:** Normal **V6:** Normal **Rhythm:** Sinus Tachycardia **Type:** 12 Lead-Left Sided (Normal) **Method:** Manual Interpretation by EMS Professional **STEMI Occurred:** No **Level:** ALS1 |

**Supply**

| Qty | Supply |
|---|---|

**ECG Device Incident Number:**

**PowerFields:**

| PowerField | Value |
|---|---|
| **CC / PI / MOI - Provider Impression - Primary Impression - Did call type match presenting problem?** | No |

**Narrative History Text:**

**BHC**
**51 E 125th street 2nd floor**
**New York, NY 10035-1603**
**Phone: 646-585-1515** **Fax: 646-893-4424**

Patient Name: Ortiz, Gilbert
Age: 54 Year(s)
Check in Date/Time: 9/22/2025 11:36:10 AM
DOB: 02/04/1971
Physician: Josephine Nkansah, NP
Location: BHC
Patient Address: 1470 Amsterdam Avenue, New York, NY, 10027,
Insurance: HEALTHFIRST

Acc No: 435654
Gender: MALE
Phone: (646)573-7875

---

W/ Reflex Viral Load (BioReference); Vitamin B12 (BioReference); RPR, when positive, reflex to CIA (BioReference); COMPREHENSIVE PANEL (BioReference); Hemoglobin A1c (Glycohgb) (BioReference); Lipid Screen (Basic Lipid Panel) (AMA) (BioReference); MALE/FEMALE STI PROFILE (BioReference); CBC w/Diff, Platelet Ct. (BioReference); Thyroid Comprehensive Panel (BioReference); Urinalysis w/Reflex to Culture (BioReference)
Referral Order: 09/22/2025 **Close referral loop**
**Ref. Physician:** REFERRAL, CARDIOLOGY
**Follow Up:** 1 Week(s) 09/29/2025 - Review Blood Work

**Depression screening (Z13.31)**
PHQ-9:27

Psychiatry strongly recommended and sent

**Anxiety and depression (F41.9)**
Referral Order: 09/22/2025 **Close referral loop**
**Ref. Physician:** REFERRAL, PSYCHIATRY

**Smoker (F17.200)**
**Instructions:** Advised on pathological and physical effects of nicotine. Educated there are multiple modalities to combat smoking cessation which include the use of nicotine replacement in the form of patches, gum and inhalers as well as bupropion. Advised smoking cannot continue if they choose to start a nicotine patch; educated on the risks of continuing such as the risk of cardiovascular disease. Encouraged patient that best results in smoking cessation is to combine pharmacological therapy with behavioral therapy.

**Morbid obesity (E66.01)**
**Instructions:** Healthy Lifestyle
Patient encouraged to continue to follow a health lifestyle including 150 minutes of exercise per week and to follow a balanced diet with approximately 40% fruits/vegetables, 25% fiber rich carbohydrates, 25% protein and 10% fats. Discussed with patient the importance of eating healthy and regular exercise to aid in preventing future diseases.

**Hypertensive crisis (I16.9)**
bp sitting:214/175
Repeat BP after 5 minutes:240/130

EMS called. Patient referred to the ER via ambulance for further evaluation

**Special screening (Z13.9)**
GAD score:27

Psychiatry referral sent

Please call 911 or come back to ED if your symptoms worsen or any new symptoms arise.

Signed by Tara Tardino, MD on 09/22/25 1920

**Ortiz, Gilberto**

Notice
**Ortiz, Gilberto does not have an active treatment plan of type ONCOLOGY TREATMENT in this episode.**

**Hep C Screening**

No data filed

**Pneumococcal Vaccine Assessment**

No data filed

**HIV Screening**

No data filed

**Flowsheets (all recorded)**

**Vital Signs/Pain Assessment/Ht/Wt/Sedation Scale/Aldrete Score**

| Row Name | 09/22/25 1950 | 09/22/25 1946 | 09/22/25 1420 | 09/22/25 1419 |
|---|---|---|---|---|
| Vital Signs | | | | |
| Temp | 37.3 °C (99.1 °F) -AM | — | 37.2 °C (98.9 °F) -JC | — |
| Pulse | 79 -AM | — | 74 -JC | — |
| Resp | 18 -AM | — | 15 -JC | — |
| BP | **189/104 !** -AM | — | **178/129 !** -JC | — |
| Pain Level | — | — | — | 7 -JC |
| Vitals Assessment | | | | |
| Restart Vitals Timer? | Yes -AM | — | Yes -JC | — |
| Departure Condition | | | | |
| Departure Condition | — | Stable -AM | — | — |
| Mobility at Departure | — | Ambulatory -AM | — | — |
| Is patient being discharged to home? | — | Yes -AM | — | — |
| Does the patient require transportation by ambulette or ambulance? | — | No -AM | — | — |
| Patient Teaching | — | Discharge instructions reviewed;Follow-up care reviewed -AM | — | — |
| Understanding Verbalized By | — | Patient -AM | — | — |
| Departure Mode | — | By self -AM | — | — |
| Pain Assessment | | | | |
| Pain Scale Adult | — | — | — | 0 - 10 (NRS) - Numerical Ranking Scale -JC |
| Affected Area | — | — | — | Chest -JC |
| Pain Description | — | — | — | Aching -JC |
| Vital Signs Documented | Yes -AM | — | Yes -JC | — |
| First BP, Pulse and Temp Documented | Yes -AM | — | Yes -JC | — |
| OTHER | | | | |
| Elopement Risk Assessment | — | — | Low Risk -JC | — |
| Change in Height from Last Visit | — | — | 0 cm -JC | — |
| Growth Velocity (cm/yr) | — | — | 7.31 cm/yr -JC | — |

**Appointments at Mayo Clinic**

Mayo Clinic offers appointments in Arizona, Florida and Minnesota and at Mayo Clinic Health System locations.

Request Appointment

# Blood pressure chart: What your reading means

Print






## Blood pressure chart: What your reading means

By Mayo Clinic Staff

High blood pressure is called hypertension. This blood pressure chart can help you figure out if your blood pressure is at a healthy level. It also can help you understand if you need to take some steps to improve your numbers.

Blood pressure is measured in millimeters of mercury (mm Hg). A blood pressure reading has two numbers.

- **Top number, called systolic pressure.** The top number measures the pressure in the arteries when the heart beats.
- **Bottom number, called diastolic pressure.** The bottom number measures the pressure in the arteries between heartbeats.

The American College of Cardiology and the American Heart Association divide blood pressure into four general categories. Ideal blood pressure is categorized as normal. Increased blood pressure may be categorized as elevated, stage 1 or stage 2 depending on the specific numbers.

A diagnosis of high blood pressure is usually based on the average of two or more readings taken on separate visits. The first time your blood pressure is checked, it should be measured in both arms to see if there is a difference. After that, the arm with the higher reading should be used. An accurate reading is important. It helps your healthcare team decide what kind of treatment you may need, if any.

Here's a look at the four blood pressure categories and what they mean for you. If your top and bottom numbers fall into two different categories, your correct blood pressure category is the higher category. For example, if your blood pressure reading is 125/85 mm Hg, you have stage 1 hypertension.

Advertisement

Mayo Clinic does not endorse companies or products. Advertising revenue supports our not-for-profit mission.

**Advertising & Sponsorship**

Policy | Opportunities | Ad Choices

**Mayo Clinic Press**


5 Main Blood Pressure Ranges
180+ AND/OR 120+
Hypertensive Urgency or Emergency
140+ OR 90+
Stage 2 Hypertension
130-139 OR 80-89
Stage 1 Hypertension
120-129 AND <80
Elevated Blood Pressure
<120 AND <80
Normal Blood Pressure
Ranges are in millimeters of mercury
Cleveland Clinic

treat it.

## What are the blood pressure ranges?

Healthcare providers generally use the following categories to describe your blood pressure (these apply to all adults, regardless of sex):

| Blood pressure category |
| --- |
| **Low** |
| **Top number (systolic)**<br>Below 90 |
| OR |
| **Bottom number (diastolic)**<br>Below 60 |
| **Normal** |
| **Top number (systolic)**<br>Below 120 |
| AND |
| **Bottom number (diastolic)**<br>Below 80 |

| |
|---|
| **Elevated** |
| **Top number (systolic)**<br>120 to 129 |
| AND |
| **Bottom number (diastolic)**<br>Below 80 |
| **Stage 1 hypertension** |
| **Top number (systolic)**<br>130 to 139 |
| OR |
| **Bottom number (diastolic)**<br>80 to 89 |
| **Stage 2 hypertension** |
| **Top number (systolic)**<br>140 or higher |
| OR |
| **Bottom number (diastolic)**<br>90 or higher |

| Hypertensive crisis (urgency or emergency) |
|---|
| **Top number (systolic)**<br>180 or higher |
| AND/OR |
| **Bottom number (diastolic)**<br>120 or higher |

If your top number and bottom number fall into two different categories, your provider will use the higher category. For example, if your blood pressure is 132/78, your reading would fall into the stage 1 hypertension category.

An ideal blood pressure for most adults is lower than 120/80 mm Hg (millimeters of mercury). This means your systolic (top) number is below 120 and your diastolic (bottom) number is below 80. But blood pressure that's *too* low may be a cause for concern. Hypotension is blood pressure below 90/60 mm Hg.

Keep in mind that what's ideal or even normal can vary from person to person. For example, certain medical conditions or medicines could affect what your personal blood pressure goal should be. Be sure to ask your provider what that number is and how you can reach it.

## When should I call my doctor?