# EXHIBIT F

# PTSD MENTAL HEALTH RECORDS

ORTIZ, GILBERT DOB: 02/04/1971 (54 yo M) Acc No. 25212 DOS: 10/20/2025

**Progress Notes**

**Patient:** ORTIZ, GILBERT
**Account Number:** 25212
**DOB:** 02/04/1971 **Age:** 54 Y **Sex:** Male
**Phone:** 646-573-7875
**Address:** 1470 Amsterdam Avenue, NEW YORK, NY-10027

**Provider:** Aruna Sheth
**Date:** 10/20/2025

## Subjective:

**Chief Complaints:**

1. Increase anxiety and med refill.

**HPI:**

Depression Screening:

Patient seen today for medication management follow-up. He was previously managed by another provider (Otufale, Abimbola). Reports continued use of Fluoxetine 40 mg daily and Trazodone 100 mg nightly as prescribed. States that medications have been overall helpful for mood and sleep but acknowledges that anxiety symptoms have significantly increased after a traumatic incident in which police mistakenly raided his NYCHA apartment, damaging his door. The event caused severe distress, hypervigilance, and sleep disturbance.

Following the incident, patient's blood pressure increased and he required hospital admission for stabilization. Currently pursuing legal action regarding the incident.

Today he reports persistent anxiety rated 8/10, restlessness, and intermittent palpitations, but denies suicidal or homicidal ideation. Denies hallucinations or manic symptoms. Requests medication refills and additional support for acute anxiety.

Medications:

Fluoxetine 40 mg capsule - 1 capsule PO daily (refilled 30 days)

Trazodone 100 mg tablet - 1 tablet PO at bedtime for sleep (refilled 30 days)

Propranolol 10 mg tablet - 1 tablet PO every 12 hours as needed for acute anxiety or palpitations (new start)

Medication Review / Safety:

Noted potential for major drug interaction between Fluoxetine and Trazodone (serotonergic effect and sedation risk).

Patient has been stable on current regimen; no serotonin-syndrome symptoms reported.

Advised to monitor for dizziness, excessive drowsiness, tremors, or confusion and to avoid alcohol or additional sedating agents.

Reviewed purpose and safe use of PRN Propranolol; instructed not to exceed prescribed frequency.

ORTIZ, GILBERT DOB: 02/04/1971 (54 yo M) Acc No. 25212 DOS: 11/21/2025

**Progress Notes**

**atient:** ORTIZ, GILBERT
**ccount Number:** 25212
**OB:** 02/04/1971 **Age:** 54 Y **Sex:** Male
**hone:** 646-573-7875
**ddress:** 1470 Amsterdam Avenue, NEW YORK, NY-10027

**Provider:** Laquan Superville
**Date:** 11/21/2025

## ubjective:

**Chief Complaints:**

**HPI:**

Depression Screening:

Chief Complaint (CC)

"Back in September at 5 AM the police came in saying they were going to shoot me. I didn't have any underwear on. They broke everything in my housemy apartment door, my daughter's bed. There were about 20 cops and they were looking for someone else. If my dog wasn't in the cage, they would have killed my dog. I'm traumatized from this. After that, I came here for PCP and they rushed me to the hospital because my blood pressure was super high. I need my medication refilled."

History of Present Illness (HPI)

Patient reports experiencing a significant traumatic event in September when law enforcement entered his home at approximately 5 AM. He states that multiple officers forcibly entered the residence, damaged property, and threatened to shoot him while he was unclothed. Officers were reportedly searching for a different individual. Patient reports emotional distress and lasting trauma related to the incident.

Following the event, patient presented to the hospital after PCP use and was found to have severely elevated blood pressure. Patient reports ongoing anxiety, intrusive memories, and distress when recalling the event.

Patient additionally states he is in need of a refill for his psychiatric medication (previously on sertraline 50 mg), as he has not had access to treatment since his televisits were discontinued. Symptoms include depression, anxiety, poor sleep, and increased emotional stress related to both the police incident and his current living situation.

**Medical History:**

**Medications:** Taking traZODone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day , Taking FLUoxetine HCl 40 MG Capsule 1 capsule Orally Once a day , Taking Propranolol HCl 10 MG Tablet 1 tablet on an empty stomach Orally every 12 hrs , Unknown FLUoxetine HCl 40 MG Capsule 1 capsule Orally Once a day , Unknown traZODone HCl 100 MG Tablet 1 tablet at bedtime Orally Once a day , Unknown FLUoxetine HCl 20 MG Tablet 1 tablet Orally Once a day , Unknown traZODone HCl 100 MG Tablet 1 tablet at bedtime Orally Once a day

## bjective:

**Vitals:**

## ssessment:

**Assessment:**

1. Generalized anxiety disorder - F41.1 (Primary)
2. Panic disorder [episodic paroxysmal anxiety] without agoraphobia - F41.0
3. Depression, unspecified - F32.A

## lan:

**Treatment:**

**1. Generalized anxiety disorder**

Continue Propranolol HCl Tablet, 10 MG, 1 tablet on an empty stomach, Orally, every 12 hrs .

**2. Panic disorder [episodic paroxysmal anxiety] without agoraphobia**

Continue traZODone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day .

**3. Depression, unspecified**

Refill FLUoxetine HCl Capsule, 40 MG, 1 capsule, Orally, Once a day .