UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GILBERTO ORTIZ,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.
-----------------------------------------------------------------X

26-CV-3840 (JLR)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Thursday, September 17, 2026, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [371 174 855#].**

**SO ORDERED.**

DATED: New York, New York
August 14, 2026

VALERIE FIGUEREDO
United States Magistrate Judge